UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 13-12694; 13-12695; |
| COMMUNICOM CORP. OF ) | 13-12697; 13-12699; 13-12703; and |
| AMERICA, LLC, et al., ) | 13-12704-MER |
| ) | |
| ) | Chapter 11 |
| Debtors. ) | |
| ) | **Jointly Administered Under** |
| ) | **Case No. 13-12694-MER** |

## STATUS REPORT

The Debtors, by and through their attorneys, Kutner Miller Brinen, P.C., pursuant to the Court's March 1, 2013 Order to File Status Report, state as follows:

1. The Debtors filed voluntary petitions pursuant to Chapter 11 of the Bankruptcy Code on February 27, 2013.

2. The Debtors continue in possession of their property and are operating and managing their businesses, as debtors-in-possession, pursuant to Bankruptcy Code §§ 1107 and 1108.

3. The six Debtors consist of four companies, each of which owns their own radio stations located in different locations with one in Michigan, one in Louisiana, and two in the Phoenix area. The other two companies, Communicom Corp. of America, LLC and Communicom Broadcasting, LLC are the parent companies with respect to the four companies that own radio stations. In each situation, America owns 95% and Broadcasting owns 5% of each company. The four radio stations provide religious broadcasting over the AM band.

4. The Debtor's anticipated changes in operations, insurance coverage, tax liability, use of cash collateral and other matters pertinent to the Debtor's business or reorganization: The Debtor does not anticipate major changes in operations. The Debtors will need to work out a restructuring with their secured lender, First-Citizens Bank & Trust Company ("CBT"). CBT acquired the loan from the FDIC after it liquidated the bank that originally made the loan to the Debtors, United Western Bank. The CBT loan is secured by all of the assets owned by each of the four station entities. The amount due to CBT is approximately in excess of $10,800,000 and the Debtors believe the collateral for the CBT loan is worth substantially less than the amount due CBT. The Debtors have reached a cash collateral agreement with CBT which has been filed in Court for approval.

5. The Debtors maintain adequate insurance coverage and have provided evidence of such insurance to the Office of the U.S. Trustee.

6. The Debtors' operating financial projections for the period preceding the filing of a plan of reorganization, a budget for the professionals in the case, whether an unsecured creditors committee has been formed, and any particularities of the case which require resolution: The Debtors have provided projections and budgets in connection with their Initial Financial Report and cash collateral motion. No committee of unsecured creditors has been formed to date. There are no other particularities of the case which require resolution at this time.

7. A proposed schedule for the filing of any required amended schedules, a disclosure statement, plan of reorganization, a bar date for filing proofs of claims and objections to claims and, if applicable, anticipated avoidance actions or other adversary proceedings which are critical to the reorganization. Any amendments to Schedules should be filed within the next ten days. The Debtors expect to file a Plan of Reorganization and Disclosure Statement within their 120 day exclusivity period. At this time there are no anticipated claim objections or adversary proceedings.

DATED: April 1, 2013

Respectfully submitted,

By: /s/ Lee M. Kutner
Lee M. Kutner #10966

**KUTNER MILLER BRINEN, P.C.**
303 E. 17th Avenue, Suite 500
Denver, CO 80203
Telephone: (303) 832-2400
Telecopier: (303) 832-1510
Email: lmk@kutnerlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 1, 2013, I served by prepaid first class mail a copy of the foregoing **STATUS REPORT** on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and these L.B.R. at the following addresses:

Alan K. Motes, Esq.
United States Trustee's Office
999 18th Street, Suite 1551
Denver, CO 80202

Peter Q. Murphy, Esq.
Markus Williams Young & Zimmerman, LLC
1700 Lincoln Street, Suite 4000
Denver, CO 80203

Fletcher, Heald & Hildrith, PLC
1300 North 17th Street
11th Floor
Arlington, VA 22209

Vicky Martina